IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | )<br>)<br>) |
| Plaintiffs, | ) 8:04CV519<br>)<br>) |
| v. | )<br>) REASSIGNMENT ORDER |
| GARY COOPER, and BUTCH MICHAEL HOMES, | )<br>)<br>) |
| Defendants. | )<br>) |

**IT IS ORDERED** that, pursuant to the pending Motion to Amend Progression Order, Filing No. 28, this case is reassigned from District Judge Jimm Larry Hendren to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge David L. Piester for judicial supervision and pretrial matters.

**DATED:  June 22, 2005.**

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge