```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Defendants' motion, filing 27, for leave to file amended answers is granted and the amended answers shall be filed forthwith.

2. Defendant's motion for amendment to the progression order and to conduct expert witness discovery, filing 28, is also granted, but unfortunately docket congestion and lack of judicial resources require a longer delay than requested.

   a. Trial is continued to 9:00 a.m., March 6, 2006 for a duration of three days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

   b. The pretrial conference is continued to February 28, 2006 at 10:00 a.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

   c. The deposition deadline is extended to January 6, 2006 and the time to serve expert reports is extended accordingly.

    3.  Defendant's motion for time, filing 29, is granted and
the deadline for filing summary judgment motions is extended to
September 30, 2005.


    DATED this 23rd day of June, 2005.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge