```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, INC., | ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED,

The pretrial conference is rescheduled from February 28, 2006 to February 21, 2006 at 1:00 p.m. before undersigned in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge