```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) ) | |
| GARY COOPER, and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from February 21 to **February 14, 2006 at 1:00 p.m.** in the 4th Floor Conference Room, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 1st day of August, 2005.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge