IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP -7 PM 1:41

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., a Nebraska corporation and DAVID LEE BOYD, an Individual, | ) ) ) ) | CASE NO. 8:04CV519 |
| Plaintiffs, | ) ) ) | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| vs. | ) ) | |
| GARY COOPER, an individual, and BUTCH MICHAEL HOMES, INC., a Nebraska Corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in this case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | | **Name of Party** | **Date** |
|---|---|---|---|
| [signature] | For | Gary Cooper | 04/26/05 |
| [signature] | For | Butch Michael Homes | 04/26/05 |
| [signature] | For | Monarch Construction, Inc. | 04/26/05 |
| [signature] | For | David Lee Boyd | 04/26/05 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

9/7/05
DATE

[signature]
UNITED STATES DISTRICT JUDGE

Note: Return this form to the Clerk of the Court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States Magistrate Judge.