```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

MONARCH CONSTRUCTION, INC.,    )
a Nebraska corporation, and    )
DAVID LEE BOYD,                )
an Individual,                 )         8:04CV519
                               )
          Plaintiffs,          )
                               )
     v.                        )         ORDER
                               )
GARY COOPER,                   )
an individual, and             )
BUTCH MICHAEL HOMES, INC.,     )
a Nebraska corporation,        )
                               )
          Defendants.          )

Upon the filing of a consent and order referring this case to the undersigned,

IT IS ORDERED:

Trial is rescheduled to March 20, 2006 for a duration of three days before the undersigned in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  The pretrial conference will remain as previously set on February 28, 2006 at 10:00 a.m. in Omaha.

DATED this 14th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge