```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., | ) | |
| a Nebraska corporation, and | ) | |
| DAVID LEE BOYD, | ) | |
| an Individual, | ) | 8:04CV519 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **AMENDED** |
| v. | ) | ORDER |
| | ) | |
| GARY COOPER, | ) | |
| an individual, and | ) | |
| BUTCH MICHAEL HOMES, INC., | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the filing of a consent and order referring this case to the undersigned,

IT IS ORDERED:

Trial is rescheduled to March 20, 2006 for a duration of three days before the undersigned in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  The pretrial conference will remain as previously set on **February 14, 2006 at 1:00 p.m.** in Omaha.

DATED this 15th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge