```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., | ) | |
| a Nebraska corporation, and | ) | |
| DAVID LEE BOYD, | ) | |
| an Individual, | ) | 8:04CV519 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY COOPER. | ) | |
| an Individual, and | ) | |
| BUTCH MICHAEL HOMES, INC., | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Defendants' motion for time, filing 44, is granted and the deadline for filing dispositive motions is extended to November 15, 2005.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge