```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

MONARCH CONSTRUCTION, INC.,      )
and DAVID LEE BOYD,              )
                                 )
              Plaintiffs,        )          8:04CV519
                                 )
         v.                      )
                                 )
GARY COOPER and BUTCH MICHAEL    )          ORDER
HOMES,                           )
                                 )
              Defendants.        )
                                 )
```

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 78 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 17th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge