IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiffs' request for hearing on the defendants' counsel's application for attorney fees, filing 85, is granted, and a telephonic hearing with the undersigned shall be held at 9:00 a.m. on February 1, 2006. Plaintiffs' counsel shall place the call.

DATED this 27th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge