```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Under the local rules of this court, filing "objections" to motions are not permitted.  See NECivR 7.1.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall strike filing number 85 from the record.

DATED this 2nd day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge