IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

    Trial of this matter was previously set in Omaha, Nebraska. The pretrial conference order, filing 98, incorrectly listed the place of trial as Lincoln.

    IT THEREFORE HEREBY IS ORDERED,

    Trial will take place in **Omaha, Nebraska** on March 20, 2006 beginning at 9:00 a.m. as originally set. Jury selection will be held at commencement of trial.

    DATED this 6th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge