IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Due to unexpected circumstances,

IT IS ORDERED:

1. Trial of this matter is continued until further order of the court.

2. Counsel should, as soon as practicable, confer regarding their calendars for alternative dates for trial and contact my secretary, 402-437-5235, so a new trial date can be established.

DATED March 14, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge