```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

MONARCH CONSTRUCTION, INC., )
and DAVID LEE BOYD, )
                                 )
       Plaintiffs,    )          8:04CV519
                                 )
   v.                         )
                                 )
GARY COOPER and BUTCH MICHAEL )          ORDER
HOMES, INC., )
                                 )
       Defendants.    )
                                 )

IT IS ORDERED:

Defendants' motion, filing 103, is granted and a telephone conference is set for Wednesday, April 19, 2006 at 9:00 a.m. for the purpose of determining a trial date. Defendant's counsel shall initiate the call.

DATED this 14th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge