```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MONARCH CONSTRUCTION, INC., and DAVID LEE BOYD, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV519 |
| v. | ) ) | |
| GARY COOPER and BUTCH MICHAEL HOMES, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Following a telephone conference with counsel this date,

IT IS ORDERED:

1. Jury trial shall commence at 9:00 a.m., June 12, 2006, for a duration of four days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska. Jury selection will be held at commencement of trial.

2. In light of the trial date defendants are withdrawing their motion, filing 104, for leave to file a summary judgment motion.

DATED this 19th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge